# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-824**

**Effective Date of Registration:**
October 17, 2024

**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Forrest Stump

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** June 07, 2022
**Nation of 1st Publication:** Canada

## Author

- **Author:** Dorina Zieske
  **Author Created:** sculpture
  **Citizen of:** Canada

## *Copyright Claimant*

***Copyright Claimant:*** Dorina Zieske
101-1865 Dilworth Drive, Suite 515, Kelowna, BC, V1Y 9T9, Canada

## Certification

**Name:** Daniel Lachman
**Date:** October 17, 2024

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-828**
**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Mr. Grumpy Stump

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 19, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Dorina Zieske
  **Author Created:** sculpture
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Dorina Zieske
101-1865 Dilworth Drive, Suite 515, Kelowna, BC, V1Y 9T9, Canada

## Certification

**Name:** Daniel Lachman
**Date:** October 17, 2024

**Copyright Office notes:** Basis for Registration: A Unit of Publication, which extends to only each individual copyrightable work in the UOP. 17 USC 410(a) and 37 CFR 202.3(b)(4)(i)(A).

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-831**

**Effective Date of Registration:**
October 17, 2024

**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Mr Chatty Trunk

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 01, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Dorina Zieske
  **Author Created:** sculpture
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Dorina Zieske
101-1865 Dilworth Drive, Suite 515, Kelowna, BC, V1Y 9T9, Canada

## Certification

**Name:** Daniel Lachman
**Date:** October 17, 2024

---

**Copyright Office notes:** Basis for Registration: A Unit of Publication, which extends to only each individual copyrightable work in the UOP. 17 USC 410(a) and 37 CFR 202.3(b)(4)(i)(A).

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-832**
**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Ole Treemun

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 16, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Dorina Zieske
  **Author Created:** sculpture
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Dorina Zieske
101-1865 Dilworth Drive, Suite 515, Kelowna, BC, V1Y 9T9, Canada

## Certification

**Name:** Daniel Lachman
**Date:** October 17, 2024

**Copyright Office notes:** Basis for Registration: A Unit of Publication, which extends to only each individual copyrightable work in the UOP. 17 USC 410(a) and 37 CFR 202.3(b)(4)(i)(A).